103 A.3d 1224

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Dontez PERRIN, Respondent.**

Supreme Court of Pennsylvania.

Oct. 2, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of October, 2014, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Castro,* 625 Pa. 582, 93 A.3d 818, 2014 WL 2722742 (2014).